**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

HAZEL MOORE                                                                    PLAINTIFF

vs.                                                      Civil Action No. 4:10-cv-56 HTW-LRA

ANNA MACHNIAK and
JOHN DOES 1-5                                                              DEFENDANTS


## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation of

United States Magistrate Judge Linda R. Anderson which clearly notified the respective

parties in the above-styled and numbered cause that failure to file written objections to

the findings and recommendations contained therein within fourteen (14) days from the

date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636, and this

court, finding that there has been no submission of written objections by any party,

hereby adopts said Report and Recommendation as the order of this court.

**SO ORDERED, this the 21st day of July, 2011.**


**s/ HENRY T. WINGATE**
**UNITED STATES DISTRICT JUDGE**